UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALFRED E. JOHNSON,<br><br>   Petitioner,<br>v.<br><br>WENDY KNIGHT,<br><br>   Respondent. | )<br>)<br>)<br>) No. 1:07-cv-517-RLY-TAB<br>)<br>)<br>)<br>) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 12/18/2007

Laura Briggs, Clerk
United States District Court

_(signature)_
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Alfred E. Johnson
DOC #985792
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168

Stephanie Lynn Rothenberg
Indiana State Attorney General
Stephanie.Rothenberg@atg.in.gov